# Court of Appeals
# of the State of Georgia

ATLANTA, February 17, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1274. ROBERT B. JONES v. JOSHUA JONES.**

In January 2012, the trial court entered a judgment of conviction and sentence against Robert B. Jones for involuntary manslaughter, armed robbery, and robbery. In February 2025, Jones filed a petition for writ of habeas corpus. He subsequently filed a motion for default judgment, asserting that the State failed to respond to his petition. The trial court denied the motion, and Jones filed a direct appeal in this Court. We lack jurisdiction.

Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/17/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*